Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 10-40982 RAM | **Trustee:** (290830) | Barry E. Mukamal |
| **Case Name:** JAIKINS, JAMES W, III | **Filed (f) or Converted (c):** | 10/11/10 (f) |
| JAIKINS, LINDA W | **§341(a) Meeting Date:** | 11/18/10 |
| **Period Ending:** 06/30/14 | **Claims Bar Date:** | 05/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   CASH ON HAND | 1,000.00 | 0.00 | | 0.00 | FA |
| 2   BANK OF AMERICA | 34.12 | 0.00 | | 0.00 | FA |
| 3   W&L INVESTMENT BANK ACCOUNT<br>    Amended to remove | 0.00 | 0.00 | | 0.00 | FA |
| 4   APPLIED BANK  (u)<br>    Amended. | 425.50 | 425.50 | | 0.00 | FA |
| 5   HOUSEHOLD GOODS AND FURNISHINGS<br>    Amended exemption | 1,500.00 | 959.62 | | 0.00 | FA |
| 6   DECORATIONS | 800.00 | 0.00 | | 0.00 | FA |
| 7   WEARING APPAREL<br>    Amended for value | 1,000.00 | 0.00 | | 0.00 | FA |
| 8   JEWELRY<br>    Amended exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 9   WINCHESTER HUNTING RIFLE  (u)<br>    Amended - debtor states it was sold in November 2010 | 300.00 | 300.00 | | 0.00 | FA |
| 10  IRA | 44,844.00 | 0.00 | | 0.00 | FA |
| 11  PENSION PLAN | Unknown | 0.00 | | 0.00 | FA |
| 12  FRENCH STREET INVESTORS - 25%<br>    Amended value to unknown | Unknown | 0.00 | | 0.00 | FA |
| 13  W&L INVESTMENTS LLC - 50%<br>    Amended for value. Officially abandoned ECF 293 #3, court ordered 06/25/13, notice of abandonment ECF 329 | Unknown | 0.00 | OA | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 10-40982 RAM
**Case Name:** JAIKINS, JAMES W, III
JAIKINS, LINDA W
**Period Ending:** 06/30/14

**Trustee:** (290830)    Barry E. Mukamal
**Filed (f) or Converted (c):** 10/11/10 (f)
**§341(a) Meeting Date:** 11/18/10
**Claims Bar Date:** 05/24/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | PINE HARBOR REALTY - 100%<br>Amended for value | 7,075.00 | 7,075.00 | | 0.00 | FA |
| 15 | CHANNEL CAY PROPERTIES - 100% | 0.00 | 0.00 | | 0.00 | FA |
| 16 | BIO GREEN SOLUTIONS - 100%  (u)<br>Amended. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | BUCKHORN LAKES LLC  (u)<br>Amended. | 0.00 | 0.00 | | 110,000.00 | FA |
| 18 | LEGAL MALPRACTICE CLAIM AGAINST ATTORNEYS | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2005 LEXUS RX 330<br>Amended for value, vehicle is titled in the name of Pine Harbor Realty Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20 | ANIMAL | 0.00 | 0.00 | | 0.00 | FA |
| 21 | LADIES ROLEX WATCH  (u)<br>Amended | 5,500.00 | Unknown | | 3,500.00 | FA |
| 22 | ENGAGEMENT DIAMOND RING  (u)<br>Amended | 5,000.00 | Unknown | | 8,000.00 | FA |
| 23 | GOLF CART  (u) | 700.00 | 700.00 | | 0.00 | FA |
| 24 | CAY HARBOR EQUITY MEMBERSHIP  (u)<br>Amended, Ocean Reef Club membership | 160,000.00 | 160,000.00 | | 0.00 | 160,000.00 |
| 25 | BOSTON WHALER BOAT  (u)<br>Amended | 1,000.00 | 3,700.00 | | 0.00 | 3,700.00 |
| 26 | ADV. 12-2000 - CAY HARBOR LLC  (u) | 650,000.00 | 650,000.00 | | 650,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 10-40982 RAM | Trustee: (290830) | Barry E. Mukamal |
|---|---|---|---|
| Case Name: | JAIKINS, JAMES W, III | Filed (f) or Converted (c): | 10/11/10 (f) |
| | JAIKINS, LINDA W | §341(a) Meeting Date: | 11/18/10 |
| Period Ending: | 06/30/14 | Claims Bar Date: | 05/24/13 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 26  Assets  Totals (Excluding unknown values) | $880,178.62 | $823,160.12 | | $771,500.00 | $163,700.00 |

**Major Activities Affecting Case Closing:**

The trustee has recovered $771,500.00 for the benefit of the estate though a settlement with the joint debtors and multiple parties, court ordered 06/25/13 and 04/17/14.  The trustee is in queue to be able to sell the Ocean Reef membership; however, there is a two year waiting period to move up the queue.

12/08/11 - court order denying the Motion to Transfer Venue to the Bankruptcy Court for the Eastern District of Michigan, Southern Division (Detroit).

Initial claims review complete pending objections.  A tax return will be required with the sale of the condo.

07/01/14 - Court order granting employment of Trustee's accountants nunc pro tunc to May 1, 2014.
10/22/13 - Court order granting employment of Trustee's real estate broker, Mary Lee and Mary Lee Presents Ocean Reef Properties Inc.
02/14/12 - Court order granting employment of Trustee's Forensic accountant, Barry E. Mukamal CPA
02/17/12 - Court order granting employment of Trustee's Counsel, Patrick Scott, Esq.

An Amended Summary of Schedules was not filed with the amended Schedule B (ECF43).  The total value of the Summary of Schedules should be $69,978.62.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2011        **Current Projected Date Of Final Report (TFR):**  June 30, 2016

_____August 7, 2014_____                    /s/ Barry E. Mukamal
              Date                                                              Barry E. Mukamal

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-40982 RAM | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | JAIKINS, JAMES W, III | | Bank Name: | Rabobank, N.A. |
| | JAIKINS, LINDA W | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***8298 | | Blanket Bond: | $129,067,000.00  (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/13 | | Seaver Title Agency LLC | Sale proceeds, court ordered 11/21/13 and 12/19/13 | | 105,234.36 | | 105,234.36 |
| | {17} | | 110,000.00 | 1229-000 | | | 105,234.36 |
| | | | Net closing expenses     -4,765.64 | 2500-000 | | | 105,234.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.49 | 105,178.87 |
| 01/06/14 | 101 | Common Ground Mediation Inc. | Mediation fees, court ordered 03/29/13, ECF 258 #7 | 3721-000 | | 975.00 | 104,203.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.57 | 104,048.30 |
| 02/26/14 | | Jon Bragman Inc | Sale of jewelry, Notice of Sale ECF 316 | | 11,500.00 | | 115,548.30 |
| | {21} | | Allocation Asset #21     3,500.00 | 1229-000 | | | 115,548.30 |
| | {22} | | Allocation Asset #22     8,000.00 | 1229-000 | | | 115,548.30 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.23 | 115,408.07 |
| 03/18/14 | 102 | Florida Keys Electric Cooperative Association, Inc | A/N 5510500015, Utilitiy Expense, court ordered  03/18/14, ECF 322 | 2500-000 | | 64.00 | 115,344.07 |
| 03/18/14 | 103 | Ocean Reef Community Association (ORCA) | A/N 1089346  Assoc Fee, court ordered on 03/18/14, ECF# 322 | 2420-000 | | 3,683.03 | 111,661.04 |
| 03/18/14 | 104 | North Key Largo - WTP | A/N 1089346: 3D Cay Harbor, Utility Expense, court ordered on 03/18/14, ECF 322 | 2420-000 | | 1,159.77 | 110,501.27 |
| 03/19/14 | 105 | Cay Harbor Condominium Chalets, Inc | Association Fee, court ordered on 03/18/14, ECF 322 | 2420-000 | | 11,257.25 | 99,244.02 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.89 | 99,086.13 |
| 04/03/14 | 106 | Florida Keys Electric Cooperative Association, Inc | A/N 5510500015, Utilitiy Expense, court ordered  03/18/14, ECF 322 | 2500-000 | | 49.00 | 99,037.13 |
| 04/18/14 | | Holland & Knight LLP | Closing proceeds, court ordered 04/17/14 | | 403,736.73 | | 502,773.86 |
| | {26} | | Allocation Asset 26     585,000.00 | 1241-000 | | | 502,773.86 |
| | | | Commission Expense     -39,000.00 | 3510-000 | | | 502,773.86 |
| | | | Closing Costs     -4,790.00 | 2500-000 | | | 502,773.86 |

Subtotals :          $520,471.09          $17,697.23

{} Asset reference(s)                                                                                                              Printed: 08/07/2014 06:27 PM    V.13.15

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-40982 RAM
**Case Name:** JAIKINS, JAMES W, III
JAIKINS, LINDA W
**Taxpayer ID #:** **-***8298
**Period Ending:** 06/30/14

**Trustee:** Barry E. Mukamal (290830)
**Bank Name:** Rabobank, N.A.
**Account:** ******3466 - Checking Account
**Blanket Bond:** $129,067,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2013 Monroe Co. real estate taxes    -14,117.85 | 2820-000 | | | 502,773.86 |
| | | | Net Association assessment    -3,355.42 | 2500-000 | | | 502,773.86 |
| | | | W & L Investments - Mortgage    -120,000.00 | 4110-000 | | | 502,773.86 |
| 04/18/14 | {26} | GrayRobinson PA | Deposit on closing, court ordered 04/17/14 | 1241-000 | 65,000.00 | | 567,773.86 |
| 04/24/14 | 107 | Florida Keys Electric Cooperative Association, Inc | A/N 5510500015, Utilitiy Expense, court ordered 03/18/14, ECF 322 | 2500-000 | | 45.00 | 567,728.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.66 | 567,307.20 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 815.98 | 566,491.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 787.65 | 565,703.57 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 585,471.09 | 19,767.52 | **$565,703.57** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 585,471.09 | 19,767.52 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$585,471.09** | **$19,767.52** | |

{} Asset reference(s)                                                                                                                   Printed: 08/07/2014 06:27 PM    V.13.15

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-40982 RAM | **Trustee:** Barry E. Mukamal (290830) |
| **Case Name:** JAIKINS, JAMES W, III | **Bank Name:** Rabobank, N.A. |
| JAIKINS, LINDA W | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***8298 | **Blanket Bond:** $129,067,000.00   (per case limit) |
| **Period Ending:** 06/30/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 585,471.09<br>Plus Gross Adjustments : 186,028.91<br>Net Estate : $771,500.00 | **TOTAL - ALL ACCOUNTS**<br>**Checking # ******3466** | | **Net<br>Receipts**<br>585,471.09<br>$585,471.09 | **Net<br>Disbursements**<br>19,767.52<br>$19,767.52 | **Account<br>Balances**<br>565,703.57<br>$565,703.57 |